FRANCIS E. BANBURY et al., Respondents, *v.* SERGE RUBINSTEIN et al., Appellants, et al., Defendants.

Argued May 20, 1947; decided July 2, 1947.

*Isidor Wasservogel, George P. Halperin, Edwin B. Wolchok*
and *Frank L. Miller* for appellants.
*Samuel Gottlieb* and *I. Gainsburg* for respondents.

Order affirmed, with costs. First question certified answered in the negative; second and third questions certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.